**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JASON WAYNE HALBROOK                                                                                      PLAINTIFF
ADC#120828

v.                                            5:16CV00099-JLH-JJV

WENDY KELLEY, Director,
Arkansas Department of Correction                                                                     DEFENDANT

## ORDER

Jason Wayne Halbrook ("Plaintiff") filed this *pro se* action challenging the validity of his conviction. (Doc. No. 2.) After review of his allegations, I directed Plaintiff to specify whether he intended this action to proceed under section 1983 or as a petition for Writ of Habeas Corpus. (Doc. No. 3.) Plaintiff has responded and indicated his desire to pursue this as a Habeas action. (Doc. No. 4.)

IT IS, THEREFORE, ORDERED that the Clerk of Court shall reclassify this action as a Petition for Writ of Habeas Corpus.

DATED this 13th day of April, 2016.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE