**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

JASON WAYNE HALBROOK, ADC #120828					PETITIONER

v.					No. 5:16CV00099-JLH

WENDY KELLEY, Director,
Arkansas Department of Correction					RESPONDENT

### ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that Petitioner's cause of action is DISMISSED and the requested relief be denied. A certificate of appealability is denied.

SO ORDERED this 12th day of October, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE